UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WOODROW W. REED, JR., AND GRACE REED | : | CIVIL ACTION NO.: |
| | : | |
| versus | : | JUDGE: |
| | : | |
| I-FLOW, LLC AND ABC INSURANCE COMPANY | : | MAGISTRATE: |

## COMPLAINT

The COMPLAINT of Plaintiffs, **WOODROW W. REED, JR. AND GRACE REED**, of full age, residents of and domiciled in Orleans Parish, Louisiana respectfully represent:

1.

The following parties are made Defendants herein:

1) **I-FLOW, LLC**, a foreign corporation licensed to do and/or doing substantial business in the parish and state; and

2) **ABC INSURANCE COMPANY**, a foreign insurer licensed to do and/or doing business in the Parish and State.

2.

At all times relevant herein, Defendant, **I-FLOW, LLC** (hereinafter "**I-FLOW**"), designed, tested, manufactured, assembled, labeled, marketed, distributed and sold the ON-Q PainBuster pain pump, a medical device intended to deliver via catheter, a continuous dose of pain medication directly into an operative site immediately following a surgery.

3.

On March 6, 2007, Plaintiff, **WOODROW W. REED, JR.**, underwent a right shoulder debridement and thermal augmentation/repair of his rotator cuff with subacromial decompression via CA ligament partial release, a right shoulder arthroscopic SLAP lesion repair, and a right shoulder synovectomy.

4.

At the conclusion of the aforementioned surgery, an **I-FLOW** ON-Q PainBuster pain pump catheter was inserted into **WOODROW W. REED'S** right shoulder through a separate incision. Mr. Reed's surgeon used the ON-Q pain pump in the manner instructed and directed by

the Defendants herein.

5.

Following the surgery, and as a result of the ON-Q pain pump, **WOODROW W. REED, JR.** developed several conditions, including, but not limited to, severe glenohumeral joint degeneration, and acrimonial joint degeneration.  However, this was not known or reasonably knowable to **MR. REED** until October 22, 2014.

6.

The **I-FLOW** ON-Q PainBuster pain pump, as described above, was defective and unreasonably dangerous in design, construction, composition/manufacture and inadequate in its instructions and/or warnings, thereby rendering Defendants liable under the Louisiana Products Liability Act and other applicable provisions of Louisiana Law.  Specifically, Defendants herein are liable to Plaintiffs as a result of their breach of one or more of the following obligations:

- A) Its design and manufacture of an unreasonably dangerous product;
- B) Its negligence for failing to provide, as the manufacturer of the pump, adequate instructions and/or warnings to the purchasers and users of the product;
- C) The negligent failure to properly test the pump before marketing and selling the device and/or its failure to make sure that the device was properly tested and safe for use by its customers;
- D) Other acts of negligence and/or fault which may be shown through discovery or at trial; and
- E) Generally, the failure of these Defendants to act with the required degree of care commensurate with the existing situation.

7.

Plaintiffs show that at all pertinent times herein, there existed a policy of business liability insurance insuring **I-FLOW** against damages arising from liability of the nature asserted herein.  Said business liability insurance policy was issued by **ABC INSURANCE COMPANY** (policy #12345).

8.

As a direct and proximate result of the negligence and fault of Defendants herein, and the unreasonably dangerous nature of its product, **WOODROW W. REED, JR.**, suffered the

following non-exclusive list of damages (all past, present and future) for which he is entitled to be compensated by Defendants, *in solido*, in an amount which is just and reasonable:

A) Medical and related expenses;

B) Physical injury;

C) Physical pain and suffering;

D) Mental anguish and distress;

E) Loss of earnings/Loss of earning capacity;

F) Loss of enjoyment of life; and

G) Other items of damage which may be shown through discovery or at trial.

9.

At all pertinent times herein, Plaintiff, **GRACE REED** was married to and living with **WOODROW W. REED, JR.**, and has suffered loss of society and consortium damages as a result of the injuries to her husband for which she is entitled to be compensated by Defendants, *in solido*, in an amount which is just and reasonable.

WHEREFORE, after all due proceedings are had, Plaintiffs pray that there be judgment in their favor and against Defendants, **I-FLOW, LLC** and **ABC INSURANCE COMPANY**, *in solido*, in an amount which is just and reasonable with legal interest thereon from the time of judicial demand until paid and for all costs of these proceedings. Plaintiffs further pray for all other relief which may be just and equitable in the premises.

Baton Rouge, Louisiana, this **16TH** day of **SEPTEMBER**, **2015**.

Respectfully Submitted:

_____
**J. NEALE deGRAVELLES** (Bar Roll No. **29143**)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana 70801-1910
Telephone: (225) 344-3735
Facsimile: (225) 336-1146
E-mail: ndegravelles@dphf-law.com
Attorney for Plaintiffs, **WOODROW W. REED, JR. AND GRACE REED**